IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| PETER DEMARCO and LINDA DEMARCO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DIRECTV, INC.; DIRECTV, LLC; THE ) <br> DIRECTV GROUP, INC.; MASTEC, ) <br> INC.; MASTEC ADVANCED ) <br> TECHNOLOGIES; and MASTEC ) <br> NORTH AMERCIAS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 9:14-CV-03913-DCN <br><br><br> NOTICE OF SETTLEMENT |

Come now the Plaintiffs, through their undersigned counsel of record, and hereby submit to the Court their Notice of Settlement, and respectfully request that the Court enter a Rubin Order.

Respectfully submitted,

|   |   |
|---|---|
| | /S/ Patrick W. Carr_____ <br> Patrick W. Carr, Esquire <br> SC Bar No. 15585; Fed. I.D. No. 07190 <br> BERRY & CARR <br> Attorneys at Law <br> 2 Spanish Wells Road <br> Hilton Head Island, SC 29926 <br> Phone: (843) 686-5432 |
| December 10, 2015 | Facsimile: (843) 785-6173 <br> E-mail: patrick@hiltonheadlawyers.com |
| Hilton Head Island, South Carolina | *Attorneys for Plaintiffs* |